No. 678. GENERAL GEOPHYSICAL Co. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Homer L. Bruce* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Harry Baum* for the United States.

No. 711. NADLER *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. 2d Cir. Certiorari denied. *Cameron I. Kay* and *Robert Reed Gray* for petitioner. *Solicitor General Cox, Peter A. Dammann* and *David Ferber* for the Securities and Exchange Commission, *Bruce Bromley, Allen F. Maulsby* and *John W. Barnum* for Dynamics Corporation of America, and *Bernard D. Cahn* for Securities Corporation General, respondents.

No. 714. ILLINOIS ET AL. *v.* UNITED STATES CIVIL SERVICE COMMISSION. C. A. 7th Cir. Certiorari denied. *William G. Clark,* Attorney General of Illinois, *William C. Wines, Raymond S. Sarnow, A. Zola Groves* and *Aubrey Kaplan,* Assistant Attorneys General, for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick, Morton Hollander* and *Sherman L. Cohn* for respondent.

No. 740. WRIGHT ET AL. *v.* WAGNER ET AL. Supreme Court of Pennsylvania. Certiorari denied. *Isidor Ostroff* for petitioners. *James L. Stern* and *David Berger* for respondents.

No. 743. BLACK *v.* SINCLAIR OIL & GAS Co. C. A. 5th Cir. Certiorari denied. *Robert L. Ivy* for petitioner.